Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| SARAH ASKOAK,<br><br>　　　　　　　　Plaintiff<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br>DEPT. OF HEALTH AND HUMAN<br>SERVICES<br><br>　　　　　　　　Defendant | **COMPLAINT FOR DAMAGES**<br><br>Case NO. _____ Civil |

　　　　Plaintiff SARAH ASKOAK (hereinafter "Plaintiff"), by and through her counsel of record, Valcarce Law Office, LLC, and hereby claims and alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1. Plaintiff is a resident of the Fourth Judicial District, State of Alaska.

2. The acts or omissions upon which this cause is based occurred in Bethel,

3. This suit is brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1346(b).

4. The Yukon-Kuskokwim Health Corporation (YKHC) is a compacting entity with the United States Government, Department of Health and Human Services, and it has a duty to provide quality hospital services and medical care to predominantly Alaska Native beneficiaries who live in Alaska. YKHC owns and operates a hospital in Bethel, Alaska.

5. Notice of this claim as required by 28 U.S.C. Sec. 2675 was received by the U.S. Department of Health and Human Services on April 30, 2008.

6. Defendant has not rendered a final decision, but the six-month review period for filing such claims ended on or about October 30, 2008.

## ALLEGATIONS COMMON TO ALL CLAIMS

7. Plaintiff realleges and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs.

8. On or about February 23, 2008, Plaintiff was transported by medivac from her village, Russian Mission, Alaska, to YKHC's facility in Bethel, Alaska, because of complaints of bronchitis and respiratory problems. Plaintiff was admitted to YKHC Hospital for in-patient care.

9. On or about February 27, 2008, while under the care of the agents/servants of YKHC, Plaintiff fell from her hospital bed, and was otherwise injured as noted herein. Plaintiff sustained a severe hip injury, femur fracture, and other physical damages.

## MEDICAL NEGLIGENCE

10. Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

11. The Defendant, through its agents and servants, was negligent in its acts and omissions, including but not limited to:

    a. Failure to follow reasonable safety precautions;

    b. Failure to act and provide care;

    c. Failure to keep, store and maintain medical records;

    d. Failure to act with due care in providing medical care and treatment

12. As a direct and proximate result of the negligence of the Defendant the Plaintiff sustained medical and rehabilitative costs, past and future medical care, permanent injury and resulting impairment, past and future mental pain and suffering, and other economic and non-economic damages; all to her damage in excess of $100,000.00, the exact amount to be determined at trial.

WHEREFORE, the plaintiff prays for relief as follows:

A.  An amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to determined at trial;

B.  For costs and such other and further relief as this court deems just and equitable.

DATED at Bethel, Alaska this 3rd day of December 2008.

---

Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011
Attorney for Plaintiff